**Roman E. Gitnik**
Partner

direct dial: 332.8824
rgitnik@lifflander.com

**Lifflander & Reich**LLP

Attorneys at Law

425 Madison Avenue, Suite 505
New York, New York 10017
212.332.8820  fax: 212.332.8821
www.lifflander.com

# MEMO ENDORSED

Via ECF

December 13, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

Hon. Katharine H. Parker
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Vasquez-Garcia and Briones v. Hertz Vehicles LLC et al.*
Docket No. 1:19-cv-09391

Dear Judge Parker,

As evidenced by the attached stipulation, the parties have agreed to cap damages as to each plaintiff to $75,000, inclusive of interest, costs and expenses. Accordingly, the parties respectfully request that your Honor issue an order remanding this case to Supreme Court, Queens County, the original venue of this action.

Respectfully,

Roman E. Gitnik

cc:  Roman Avshalumov
     Helen F. Dalton & Associates, P.C.
     80-02 Kew Gardens Road, Suite 601
     Kew Gardens, NY 11415

**APPLICATION GRANTED: CASE REMANDED.** The Clerk of Court is respectfully requested to mark the case as closed. The Initial Case Management Conference Scheduled for December 18, 2019 is hereby adjourned *sine die.*

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.
12/16/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR MANUEL VASQUEZ GARCIA AND
XIMENA BRIONES,

                      Plaintiffs,

- against -

HERTZ VEHICLES LLC AND
STEFANO BOCCUCCIA,

                      Defendants.

Docket No.: 19-cv-9391(KHP)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties in the above entitled action, that the damages that each plaintiff can recover from defendants and/or their insurance company through judgment, award or settlement shall be capped at or limited to $75,000, inclusive of interest, costs, damages and expenses.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the parties will jointly request that this action be remanded to the Supreme Court of the State of New York for the County of Queens, the original venue of this action, and upon remand, that all further proceedings, including trial, shall take place in that venue.

This stipulation shall have full force and effect in the Supreme Court, Queens County until this matter is resolved by way of settlement or verdict.

Dated: New York, New York
       December 12, 2019

**HELEN F. DALTON & ASSOCIATES, P.C.**

_____
Roman Avshalumov

Attorneys for Plaintiff
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
718.263.9591

**LIFFLANDER & REICH LLP**

_____
Roman E. Gitnik

Attorneys for Defendants
425 Madison Avenue, Suite 505
New York, NY 10017
212.332.8820/8821